**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRAD SPENCER NERBOVIG,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>SAVE MART SUPERMARKETS,<br><br>　　　　　　　　Garnishee. | NO. 2:18-MC-00092-RSL<br><br>　　(2:02-CR-0289-1)<br><br>**Agreed Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Save Mart Supermarkets, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Save Mart Supermarkets, filed its Answer on October 19, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Brad Spencer Nerbovig (Mr. Nerbovig) was an active employee who was paid weekly.

AGREED CONTINUING GARNISHEE ORDER (*USA v. Brad Nerbovig and Save Mart Supermarkets,*
USDC#: 2:18-MC-00092-RSL / 2:02-CR-0289-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about September 25, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date. On October 26, 2018, the United States filed an Agreed Motion for Continuing Garnishee Order, stating that it had agreed with Mr. Nerbovig to request a reduced garnishment rate of $750.00 per month ($173.08 per week) from his disposable earnings at Save Mart Supermarkets. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Mr. Nerbovig and bearing his signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, Save Mart Supermarkets, shall (1) pay to the Court all monies that Save Mart Supermarkets was previously required to withhold, in accordance with the Writ of Continuing Garnishment, (2) from this date forward, to withhold and pay $173.08 per week from Mr. Nerbovig's disposable earnings, and (3) pay the entire amount (less federal tax withholding paid to the Internal Revenue Service, if any) of any and all accounts in Save Mart Supermarkets' possession, custody or control, in which the Defendant maintains an interest and is eligible to withdraw (or becomes eligible to withdraw);

That such payments shall continue until Mr. Nerbovig's debt is paid in full or until he is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Mr. Nerbovig, or until further order of this Court;

AGREED CONTINUING GARNISHEE ORDER (*USA v. Brad Nerbovig and Save Mart Supermarkets,*
USDC#: 2:18-MC-00092-RSL / 2:02-CR-0289-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Mr. Nerbovig's outstanding restitution obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:02-CR-00289-1 and 2:18-MC-00092-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 29th day of October, 2018.

*(signature)*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

_____
BRAD SPENCER NERBOVIG
Defendant/Judgment Debtor

AGREED CONTINUING GARNISHEE ORDER (*USA v. Brad Nerbovig and Save Mart Supermarkets,*
USDC#: 2:18-MC-00092-RSL / 2:02-CR-0289-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970